UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 13, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY THOMAS, also known as<br>ANTHONY JONES,<br><br>Defendant. | CRIMINAL NO.<br>MAGISTRATE NO.<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(1)<br>(Unlawful Possession of Ammunition<br>by a Person Convicted of a<br>Crime Punishable by Imprisonment for a<br>Term Exceeding One Year)<br><br>D.C. Code, Section § 22-4503(a)(1) and<br>(b)(1). (Unlawful Possession of a Firearm<br>(Prior Conviction))<br><br>FORFEITURE:<br>18 U.S.C. § 924(d), 21 U.S.C. § 853(p);<br>and 28 U.S.C. § 2461I |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about May 19, 2025, within the District of Columbia, **ANTHONY THOMAS, also known as ANTHONY JONES,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia Criminal Case No. 2011-CF3-013863 and 2017-CF3-004323, did have unlawfully and knowingly receive and possess ammunition, that is 16 rounds of nine millimeter ammunition all of which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about May 19, 2025, within the District of Columbia, **ANTHONY THOMAS, also known as ANTHONY JONES,** knowing he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, owned, kept, and had within his possession and control, a firearm, that is a nine millimeter, semi-automatic handgun with no serial number.

**(Unlawful Possession of a Firearm (Prior Conviction),** in violation of Title 22, D.C. Code, Section 4503(a)(1), (b)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to: nine millimeter semi-automatic handgun, with no serial number and 16 rounds of nine millimeter ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

JEANINE FERRIS PIRRO
United States Attorney

By: _____
DAVID HENEK
Chief of VCNT