**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Criminal No. 25-CR-00161 (TJK) |
| **ANTHONY THOMAS,** : | |
| **Defendant.** : | |

## NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, is providing a video clip of body warn camera from Officer Kris Ramson. The video is from May 19, 2025. The CD will be hand delivered to chambers on 09/30/2025.

    Respectfully submitted,

    JEANINE FERRIS PIRRO
    United States Attorney

By:  /s/ NIHAR MOHANTY
      NIHAR MOHANTY
      Assistant United States Attorney
      United States Attorney's Office
      D.C. Bar No. 436-686
      601 D ST N.W.
      Washington, D.C. 20530
      Telephone: 202-252-7700
      Email: Nihar.Mohanty@usdoj.gov