IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   Case No. 25-161-TJK |
| ANTHONY THOMAS | * |

* * * * *

**DEFENDANT'S MOTION TO VACATE HEARING**

ANTHONY THOMAS, by and through counsel, Alfred Guillaume III, moves this Honorable Court to vacate the October 21, 2025, motions hearing. The grounds for this relief are as follows:

1. Undersigned counsel has filed a motion to withdraw his appearance in the above captioned case, due to Mr. Thomas' complaint about his level of representation.

2. Undersigned counsel can appear on October 21, 2025, if this Honorable Court wishes, to inquire about any related attorney-client issues.

WHEREFORE, the defendant respectfully requests that the motions hearing scheduled for October 21, 2025, be vacated.

1

Respectfully submitted,

*Alfred Guillaume*

Alfred Guillaume III, #MD0085
Law Offices of Alfred Guillaume III
1350 Connecticut Ave. NW, #308
Washington, D.C. 20036

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of October 2025, a copy of the foregoing Motion was served electronically to all parties of record, including to the Office of the United States Attorney for the District of Columbia.

*Alfred Guillaume*
Alfred Guillaume III

2